IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO MIGUEL RODRIGUEZ § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:22-cv-00043 | |
| § | | |
| SAM'S EAST, INC. § | | |
| Defendant. § | JURY DEMANDED | |

**NOTICE OF REMOVAL OF ACTION**
<u>**UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)**</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW SAM'S EAST, INC., Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 444th Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court in support as follows:

1. This lawsuit was commenced in the 444th Judicial District Court of Cameron County, Texas, on March 10, 2022, when Plaintiff's Original Petition was filed in Cause No. 2022-DCL-01269 wherein Plaintiff Roberto Miguel Rodriguez ("Plaintiff") identified the incorrectly named "Walmart, Inc. dba Sam's Wholesale Club" as the sole Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. Defendant Sam's East, Inc., incorrectly named in Plaintiff's Original Petition as "Walmart, Inc. dba Sam's Wholesale Club" (hereinafter "Defendant"), was served with a copy of Plaintiff's Original Petition on March 18, 2022. A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Defendant filed a responsive pleading in State Court on March 24, 2022, a copy of which is attached hereto and incorporated herein for all purposes.

4. Plaintiff filed this civil action against Defendant asserting premises liability and negligence claims allegedly arising from an incident which occurred on November 5, 2020, while Plaintiff was a patron at Sam's Club located at 3570 W. Alton Gloor Blvd., Brownsville, Cameron County, Texas. *See* Pl. Orig. Pet. at Sec. III. Plaintiff claims in his Original Petition that, "Defendant's employee struck Plaintiff in his legs and back with a long cart causing Plaintiff's body to fall and crash into the ground." *Id*.

5. Plaintiff resides in Brownsville, Cameron County, Texas. *Id*. at Sec. II. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Sam's East, Inc. is not a citizen of the State of Texas. Sam's East, Inc. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

7. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.8

8. Plaintiff's claim for relief in his Original Petition states that he seeks "monetary relief over $1,000,000." Pl. Orig. Pet. at Sec. V. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

9. This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

11. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff will be provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

12. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 444th Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully Submitted,

By: */s/ Jaime A. Saenz*
Jaime A. Saenz, Attorney-in-Charge
Texas State Bar No. 17514859
Southern District Admissions No. 7630
Email: ja.saenz@rcclaw.com
Elizabeth Ferguson Herrera
Texas State Bar No. 24087716
Southern District Admissions No. 2877535
Email: e.herrera@rcclaw.com
1201 East Van Buren Street
Brownsville, TX 78520
(956) 542-7441
(956) 541-2170 Fax
Email: ja.saenz@rcclaw.com; e.herrera@rcclaw.com

OF COUNSEL:

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2022, I electronically filed the foregoing with the Clerk of Court for the District Court of Cameron County, Texas using the CM/ECF system for the Clerk of Court for the District Court of Cameron, Texas which will send notification of such filing to all counsel of record.

/s/ Jaime A. Saenz
JAIME A. SAENZ