FILED 3/10/2022 5:42 PM
2022-DCL-01269 / 62512770
LAURA PEREZ-REYES
Cameron County District Clerk
By Monica Hernandez Deputy Clerk

2022-DCL-01269

CAUSE NO. _____

| | | |
|---|---|---|
| ROBERTO MIGUEL RODRIGUEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WALMART, INC. DBA | § | Cameron County - 444th District Court |
| SAM'S WHOLESALE CLUB | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERTO MIGUEL RODRIGUEZ, hereinafter referred to as Plaintiff, complaining of WALMART, INC. DBA SAM'S WHOLESALE CLUB, hereinafter referred to as "Defendant" and for cause of action would respectfully show the Court as follows:

### I. DISCOVERY CONTROL PLAN

Plaintiff requests discovery be conducted under Level 3 as set forth in Texas Rule of Civil Procedure 190.4.

### II. VENUE

Plaintiff is an individual residing in Brownsville, Cameron County, Texas.

Defendant, WALMART, INC. DBA SAM'S WHOLESALE CLUB, is a foreign for-profit corporation doing business in Texas. This Defendant may be served with due process herein by serving its registered agent for service, C T Corporation System, at 1999 Bryan St., STE 900, Dallas, Texas 75201-3136. **Please issue a citation for this defendant at this time.**

Venue is proper in Cameron County, Texas because the incident made the basis of this

lawsuit occurred in Brownsville, Cameron County, Texas.

### III.     FACTS

Defendant, Sam's Wholesale Club is located at 3570 W. Alton Gloor Blvd., in Brownsville, Texas. The subject premises is a warehouse grocery store. On November 5, 2020, Plaintiff, ROBERTO MIGUEL RODRIGUEZ, was an invitee on the subject premises. Plaintiff walked out of the store. As Plaintiff was walking Defendant's employee struck Plaintiff in his legs and back with a long cart causing Plaintiff's body to fall and crash into the ground. Defendant's negligence was the sole cause of Plaintiff's injury.

### IV.     CAUSES OF ACTION

Plaintiff brings this suit to recover for personal injuries sustained by him as a result of the incident referenced above, which was proximately caused by the negligence of the Defendant.

Defendant, WALMART, INC. DBA SAM'S WHOLESALE CLUB occupied the premises and employed JOHN DOE. Defendant's employee performed hiswork in a negligent manner resulting in injury to Plaintiff.

Defendant, WALMART, INC. DBA SAM'S WHOLESALE CLUB is liable for the actions of its employee, who was acting in the course and scope of his employment in furtherance of the business interests of WALMART, INC. DBA SAM'S WHOLESALE CLUB.

Additionally, and without waiving the foregoing, Defendant was negligent in hiring, training and supervising its employee.

Each of these acts and omissions, singularly or in combination with others, constitute negligence and negligence per se, which proximately caused the occurrence made the basis of this action for the injuries and damages to the Plaintiff.

### V.     DAMAGES

As a direct and proximate result of the negligence of Defendant, Plaintiff sustained injuries. Plaintiff, ROBERTO MIGUEL RODRIGUEZ files this suit to recover the following damages:

a. Physical pain and mental anguish in the past and future;

b. Lost earnings in the past and loss of future earning capacity;

c. Physical impairment in the past and future;

d. Physical disfigurement in the past and future; and

e. Reasonable medical expenses in the past and future

To the extent that Plaintiff had any pre-existing condition at the time of the occurrence in question, the same was not disabling, and he would respectfully show that such pre-existing condition, if any, was aggravated by the incident made the basis of this suit to such an extent that it became disabling, bringing about the necessity of medical treatment.

Plaintiff, ROBERTO MIGUEL RODRIGUEZ, would show that he has incurred medical expenses in the past and will continue to incur medical expenses in the future.

Plaintiff, ROBERTO MIGUEL RODRIGUEZ, seeks to recover damages within the jurisdictional limits of this Court.

Plaintiff also seeks damages for his injuries by way of pre-judgment and post-judgment interest payments for all damages he has suffered and that have accrued by the time of judgment.

In accordance with Texas Rules of Civil Procedure, Plaintiff specifically seeks monetary relief over $1,000,000.00.

## VI.   NOTICE

Plaintiff hereby gives notice of intent to utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

## VII.   JURY DEMAND

Plaintiff demands a trial by jury and has tendered the appropriate fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein, that upon trial hereof he have judgment of the Court against the Defendant, in excess of the jurisdictional amount in addition to all pre-judgment and post-judgment interest as provided by law, for all costs of court, and for all such other and further relief, both general and special, legal and equitable to which she may be justly entitled.

Respectfully submitted,

SCHECHTER SHAFFER & HARRIS, L.L.P.

*/s/ Cynthia Huerta*
CYNTHIA HUERTA
TBA # 24029402
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel:    713-524-3500
Fax:    866-696-5608
chuerta@smslegal.com
ATTORNEYS FOR PLAINTIFF